# Exhibit A
# State Court Record

| | | | |
|---|---|---|---|
| Filed | 17-CI-00025 | 01/31/2017 | Mary E. Coffee, Morgan Circuit Clerk |
| A true copy attest | 17-CI-00025 | 01/31/2017 | /s/Mary E. Coffee, Morgan Circuit Clerk |

COMMONWEALTH OF KENTUCKY
MORGAN CIRCUIT COURT
CIVIL DIVISION
CASE NO. 17-CI-00025
*Electronically Filed*

A TRUE COPY ATTEST
MARY E. COFFEE, CLERK
MORGAN CIR/DIST COURT
BY: EH          D.C.

LARNIA GAIL DAVIS                                                    PLAINTIFF

vs.                          **COMPLAINT**

LIFE INSURANCE COMPANY OF NORTH AMERICA                              DEFENDANT

**Serve:**
Michael A. James
Two Liberty Place
1601 Chestnut Street
Philadelphia, PA 19192

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes the Plaintiff, Larnia Gail Davis, through counsel, and for her Complaint against Defendant Life Insurance Company of North America ("LINA"), states as follows:

1. Plaintiff, Larnia Gail Davis, is, and was, at all times relevant to the claims asserted herein, a citizen and resident of Morgan County, Kentucky.

2. Defendant LINA is an insurance company domiciled in the state of Philadelphia, authorized to do the business of insurance in Kentucky by holding a Kentucky Certificate of Authority. LINA's service of process agent is Michael A. James, Two Liberty Place, 1601 Chestnut Street, Philadelphia, PA 19192, and LINA may be served through said service of process agent.

3. Jurisdiction is proper in this Court, as Plaintiff is a citizen of Morgan County, and LINA's actions caused damages in this county.

4. Plaintiff was employed with Catalent Pharma Solutions ("Catalent"), as a quality associate, at the time she became disabled as set forth herein.

| | | | |
|---|---|---|---|
| Filed | 17-CI-00025 | 01/31/2017 | Mary E. Coffee, Morgan Circuit Clerk |
| A true copy attest | 17-CI-00025 | 01/31/2017 | /s/Mary E. Coffee, Morgan Circuit Clerk |

Presiding Judge: HON. REBECCA K. PHILLIPS (637246)
Package: 000003 of 000008

Filed               17-CI-00025   01/31/2017        Mary E. Coffee, Morgan Circuit Clerk
A true copy attest  17-CI-00025   01/31/2017        /s/Mary E. Coffee, Morgan Circuit Clerk

5.  LINA supplied and issued a policy of insurance to Catalent, where Plaintiff obtained coverage for long-term disability insurance ("LTD"). The applicable group contract number for the applicable LTD insurance policy/plan number is FLK0960277 (the "LTD Policy") and the applicable LTD claim number is 1920162.

6.  Catalent is policyholder for the LTD Policy.

7.  The LTD Policy provides for monthly disability benefit payments, based on a percentage of Plaintiff's pre-disability earnings.

8.  The LTD policy defines disability and entitles Plaintiff to receive benefits, if Plaintiff meets the following definition:

    The Employee is considered Disabled if, solely because of Injury or Sickness, he or she is:
    1. Unable to perform the material duties of his or her Regular Occupation; and
    2. Unable to earn 80% or more of his or her Indexed Earnings from working in his or her Regular Occupation

    After Disability Benefits have been payable for 24 months, the Employee is considered Disabled if, solely due to Injury or Sickness, he or she is:
    1. Unable to perform the material duties of any occupation for which he or she is, or may reasonably become qualified based on education, training or experience; and
    2. Unable to earn 60% or more of his or her Indexed Earnings.

9.  Plaintiff, while working at Catalent, became disabled as defined in the LTD Policy on or about September 9, 2009, and remains disabled. Her disabling conditions include, but are not necessarily limited to, congestive heart failure, dyspnea, edema, hypothyroidism, neuropathy, chest pain, morbid obesity, hypertension, seizures, Crohn's disease, osteoarthritis, and sleep apnea.

10. Plaintiff was, and remains, unable to perform the material duties of her own occupation, and any other occupation (including any applicable earnings qualifier), since on or

2

Filed               17-CI-00025   01/31/2017        Mary E. Coffee, Morgan Circuit Clerk
A true copy attest  17-CI-00025   01/31/2017        /s/Mary E. Coffee, Morgan Circuit Clerk

Filed                17-CI-00025    01/31/2017    Mary E. Coffee, Morgan Circuit Clerk
A true copy attest   17-CI-00025    01/31/2017    /s/Mary E. Coffee, Morgan Circuit Clerk

about September 9, 2009, and she satisfies the definition of "totally disabled" under the LTD policy.

11. Plaintiff applied, and made a claim, for LTD benefits with Defendant in a timely fashion, in the manner outlined in the LTD Policy.

12. Plaintiff provided sufficient proof, including medical evidence, that she is disabled under the terms of the LTD Policy.

13. Defendant paid LTD benefits to Plaintiff until on or about June 9, 2016.

14. By letter dated June 9, 2016, Defendant informed Plaintiff that Plaintiff's LTD claim was denied.

15. Plaintiff timely, and in the manner set forth in the LTD Policy, appealed the denial of her LTD benefits on or about October 25, 2016.

16. By letter dated January 17, 2017 Plaintiff's LTD appeal was denied.

17. Plaintiff properly and timely exhausted all of her administrative remedies with Defendant with respect to her LTD claim.

18. Plaintiff also had, at all times relevant to the claims asserted herein, life insurance coverage with Defendant through her employment with Catalent, under one (1) or more life insurance policy(ies).

19. The life insurance policy, numbered FLK0960277, contain an Waiver of Premium provision, whereby premiums are to be waived when the claimant is disabled.

20. Plaintiff timely, and in the manner set forth in the applicable policy, submitted a waiver of premium claim with respect to her life insurance coverage. The claim number assigned to her waiver of premium claim was 1920162.

3

Filed                17-CI-00025    01/31/2017    Mary E. Coffee, Morgan Circuit Clerk
A true copy attest   17-CI-00025    01/31/2017    /s/Mary E. Coffee, Morgan Circuit Clerk

Filed              17-CI-00025   01/31/2017      Mary E. Coffee, Morgan Circuit Clerk
A true copy attest 17-CI-00025   01/31/2017      /s/Mary E. Coffee, Morgan Circuit Clerk

21. Defendant denied the waiver of premium claim by letter dated February 5, 2016, after approving waiver of premium benefits due to Plaintiff's disability until on or about that same date.

22. Plaintiff timely, and in the manner set forth in the applicable insurance policy, appealed the waiver of premium claim,

23. By letter dated January 17, 2017, Defendant denied Plaintiff's waiver of premium appeal.

24. Plaintiff exhausted her administrative remedies with respect to the ewaiver of premium claim.

25. Plaintiff is entitled to LTD and waiver of premium benefits under the terms of the respective plan/policies of insurance, and Defendant should be required to perform under the contract(s) and pay LTD benefits to Plaintiff and waive premiums for her life insurance coverage.

26. The denial of Plaintiff's claim for LTD benefits and waiver of premium claim is a breach of contract, and LINA's breach of its contractual duties and obligations has caused Plaintiff damages.

27. The decision of LINA to deny contractual benefits under the LTD Policy and life insurance policy is erroneous, a breach of fiduciary duties, an abuse of discretion, arbitrary and capricious, and contrary to the overwhelming evidence supplied to LINA in the medical evidence and other information supplied by Plaintiff.

28. LINA encouraged Plaintiff to apply for Social Security Disability (SSDI) benefits with the Social Security Administration (SSA), which Plaintiff did, and which claim was approved by the SSA.

4

Filed              17-CI-00025   01/31/2017      Mary E. Coffee, Morgan Circuit Clerk
A true copy attest 17-CI-00025   01/31/2017      /s/Mary E. Coffee, Morgan Circuit Clerk

Package:000006 of 000008
Presiding Judge: HON. REBECCA K. PHILLIPS (637246)
Package : 000006 of 000008

Filed            17-CI-00025   01/31/2017        Mary E. Coffee, Morgan Circuit Clerk
A true copy attest   17-CI-00025   01/31/2017        /s/Mary E. Coffee, Morgan Circuit Clerk

29. LINA offset Plaintiff's SSDI benefit from Plaintiff's monthly LTD benefit and Defendant thereby reaped a substantial benefit by virtue of Plaintiff's pursuing, and the SSA's approval of, the SSDI claim.

30. In spite of the SSA determining Plaintiff is disabled, and in spite of the overwhelming medical evidence, LINA has determined that Plaintiff is not disabled under the terms of the plan/policy.

31. The LTD Policy and coverage, and life insurance policies and coverages, discussed herein do not meet the qualifications of a plan under the Employee Retirement Income Security Act (ERISA), 29 U.S.C. § 1001 *et. seq.*

32. In the alternative to allegation number 31 above, if the LTD Policy and/or life insurance policies does/do meet the qualifications for ERISA, then the decisions made by Defendant to deny Plaintiff's claims were arbitrary and capricious, against the overwhelming evidence provided to Defendant, and a breach of fiduciary duty, which entitles Plaintiff to contractual benefits, interest, and attorney's fees.

33. Defendant should be enjoined from stopping payments under the contract, and from terminating extension of waiver of premium benefits.

34. The damages sought for the aforesaid injuries are in excess of the jurisdictional limits of this Court.

WHEREFORE, Plaintiff demands the following relief:

1. Judgment against Defendant LINA for full contractual benefits, attorney's fees, prejudgment and post-judgment interest;

2. Waiver of premiums (including retroactive and future waiver of premiums); and

3. Any and all other relief to which Plaintiff appears to be entitled.

5

Filed            17-CI-00025   01/31/2017        Mary E. Coffee, Morgan Circuit Clerk
A true copy attest   17-CI-00025   01/31/2017        /s/Mary E. Coffee, Morgan Circuit Clerk

Presiding Judge: HON. REBECCA K. PHILLIPS (637246)
Package : 000007 of 000008

| Filed | 17-CI-00025 | 01/31/2017 | Mary E. Coffee, Morgan Circuit Clerk |
| A true copy attest | 17-CI-00025 | 01/31/2017 | /s/Mary E. Coffee, Morgan Circuit Clerk |

Respectfully submitted,

*/s/ Bartley K. Hagerman*
M. AUSTIN MEHR
BARTLEY K. HAGERMAN
**Mehr Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: 859-225-3731
Facsimile: 859-225-3830
Email: amehr@austinmehr.com
Email: bkh@austinmehr.com
*Counsel for Plaintiff*

6

| Filed | 17-CI-00025 | 01/31/2017 | Mary E. Coffee, Morgan Circuit Clerk |
| A true copy attest | 17-CI-00025 | 01/31/2017 | /s/Mary E. Coffee, Morgan Circuit Clerk |

Package:000008 of 000008    Presiding Judge: HON. REBECCA K. PHILLIPS (637246)    Package : 000008 of 000008

**CERTIFIED MAIL**

7192 2677 0010 0233 7926

RETURN RECEIPT (ELECTRONIC)

**RETURN RECEIPT REQUESTED**

LIFE INSURANCE COMPANY OF NORTH AMERICA
MICHAEL A. JAMES
TWO LIBERTY PLACE
1601 CHESTNUT STREET
PHILADELPHIA, PA 19192

**Kentucky**
SECRETARY OF STATE
P.O. Box 718
Frankfort, Kentucky 40602-0718



Alison Lundergan Grimes
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

February 7, 2017

LIFE INSURANCE COMPANY OF NORTH AMERICA
MICHAEL A. JAMES
TWO LIBERTY PLACE
1601 CHESTNUT STREET
PHILADELPHIA, PA 19192


FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO: 17-CI-00025

COURT:  Circuit Court Clerk
        Morgan County
        261 Court St.
        West Liberty, KY 41472
        Phone: (606) 743-3763

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

   (1) **Your attorney, or**
   (2) **The attorney filing this suit whose name should appear on the last page of the complaint, or**
   (3) **The court or administrative agency in which the suit is filed at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice   Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **17-CI-00025**<br>Court: **CIRCUIT**<br>County: **MORGAN** |

*Plantiff,* DAVIS, LARNIA GAIL VS. LIFE INSURANCE COMPANY OF NORTH AMERI, *Defendant*

TO: MICHAEL A. JAMES
TWO LIBERTY PLACE
1601 CHESTNUT STREET
PHILADELPHIA, PA 19192

RECEI͟͟͞͞
FEB 0 7 2017
SECRETARY OF STATE
COMMONWEALTH OF K͟͞

The Commonwealth of Kentucky to Defendant:
LIFE INSURANCE COMPANY OF NORTH AMERICA

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Mary E. Coffee, Morgan Circuit Clerk
Date: **01/31/2017**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____

Served By _____

Title _____

Summons ID: 4161332944752@00000029310,
CIRCUIT: 17-CI-00025 Long Arm Statute – Secretary of State
DAVIS, LARNIA GAIL VS. LIFE INSURANCE COMPANY OF NORTH AMERI



Page 1 of 1



eFiled