UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | |
|---|---|
| LARNIA GAIL DAVIS | ) |
| | ) |
|       PLAINTIFF | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 17-cv-00025-HRW |
| | ) *Electronically Filed* |
| LIFE INSURANCE COMPANY OF NORTH | ) |
| AMERICA | ) |
| | ) |
|       DEFENDANT | ) |

## AGREED ORDER OF DISMISSAL

Plaintiff, Larnia Gail Davis, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice, stricken from the Court's docket with each party to be responsible for its own attorneys' fees and costs.

Dated: 7-24-17



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge

Respectfully submitted,

/s/ Bartley K. Hagerman
M. Austin Mehr
Bartley K. Hagerman
MEHR FAIRBANKS & PETERSON
  TRIAL LAWYERS, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
***Counsel for Plaintiff***

/s/ Mitzi D. Wyrick
Mitzi D. Wyrick
David A. Calhoun
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street
Suite 2800
Louisville, KY 40202-2898
502.589.5235

***Counsel for Life Insurance Company of
North America***